# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of September, two thousand eleven.

Before:  JON O. NEWMAN,
  GUIDO CALABRESI,
  PETER W. HALL,
    *Circuit Judges*.

_____

UNITED STATES,

    Appellee,  JUDGMENT
  Docket No.: 10-4683

    v.

THOMAS ARCHER,

    Defendant-Appellant.

_____

The appeal in the above captioned case from the judgment of United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the defendant's conviction is AFFIRMED. Defendant's sentence, including the restitution order, is VACATED, and the case is REMANDED for further proceedings in accordance with the opinion of this court.

    FOR THE COURT,
    CATHERINE O'HAGAN WOLFE, Clerk

